IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KNUST-GODWIN LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| | § | |
| U.S. ARMS COMPANY, LLC, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Knust-Godwin LLC ("Plaintiff") files this Original Complaint against U.S. Arms Company, LLC ("Defendant") and respectfully shows the Court as follows:

## I. PARTIES

1. Plaintiff Knust-Godwin LLC is a Texas limited liability company with its principal place of business in Katy, Texas.

2. Defendant U.S. Arms Company, LLC is a Georgia limited liability company organized under Control No. 17014328 and registered with the Georgia Secretary of State. Its principal office and registered agent are: James Eric McMillan, 995 Greene Settlement Road, Gray, Georgia 31032. Defendant may be served at this address or by any method authorized under Fed. R. Civ. P. 4(h).

3. According to public filings, Defendant also holds a Federal Firearms License (FFL # 1-58-169-07-7E-23591) registered to the same Gray, Georgia address, indicating that it manufactures firearms.

## II. JURISDICTION AND VENUE

4. This Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a) because the

parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. This Court has personal jurisdiction over Defendant because Defendant purposefully availed itself of the privilege of conducting business in Texas by ordering, purchasing, and receiving goods manufactured and shipped from Plaintiff's Katy, Texas facility and by directing payment obligations to Texas.

6. Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this district, including Plaintiff's manufacture, shipment, and invoicing of the goods.

## III. FACTUAL BACKGROUND

7. Between March 27, 2025 and June 30, 2025, Plaintiff manufactured and sold precision-machined tool components to Defendant pursuant to a series of purchase orders and invoices.

8. Each invoice listed the goods sold, including "XO Alpha Body" and "XO Bravo Body" parts, with shipment terms "ROAD – Due on Receipt" and Defendant's Gray, Georgia address.

9. Plaintiff fully performed its contractual obligations by producing and delivering conforming goods from its Katy, Texas facility to Defendant.

10. Defendant accepted and retained the goods without objection but has failed to pay the contract price. The unpaid principal balance is $315,594.00, exclusive of interest. A true and correct copy of Plaintiff's aged receivables report and invoices is attached as Exhibit A.

11. Despite repeated demands, Defendant has refused or failed to pay the

2

outstanding balance.

## IV. CAUSES OF ACTION

### A. Breach of Contract

12. Plaintiff incorporates paragraphs 1 through 11.

13. The invoices and purchase orders constitute valid and enforceable contracts for the sale of goods.

14. Plaintiff performed all conditions precedent.

15. Defendant breached the contracts by failing to pay when due.

16. Plaintiff has sustained damages of $315,594.00, plus interest and attorney's fees.

### B. Suit on Sworn Account (Tex. R. Civ. P. 185)

17. Plaintiff re-alleges paragraphs 1 through 11.

18. Defendant is justly indebted to Plaintiff on a sworn account for goods, wares, and merchandise sold and delivered to Defendant at its special instance and request between March 27 and June 30, 2025.

19. The account is based upon systematic business records kept in the ordinary course of Plaintiff's business, reflecting the sale and delivery of said goods at agreed or reasonable prices.

20. All just and lawful offsets, payments, and credits have been allowed, and after such allowances there remains due and unpaid a balance of $315,594.00.

21. The account is just and true; each item was charged at the agreed or reasonable price, and the amount remains due and unpaid though payable on demand.

3

22. Attached as Exhibit A is a true and correct copy of the account, consisting of the aged receivables summary and corresponding invoices.

23. Plaintiff contemporaneously files a Sworn Account Affidavit executed by its Controller verifying the correctness and justness of the account and compliance with Tex. R. Civ. P. 185.

24. By reason of Defendant's default, Plaintiff is entitled to recover the unpaid principal, pre- and post-judgment interest, reasonable attorney's fees, and all costs of court.

## C. Unjust Enrichment / Quantum Meruit (Alternative)

25. If an express contract is not enforceable for any reason, Defendant nevertheless accepted and retained the benefits of Plaintiff's goods and would be unjustly enriched if permitted to do so without payment.

## V. DAMAGES AND INTEREST

26. Plaintiff seeks judgment for the principal sum of $315,594.00, together with:

a.    Pre-judgment interest at the legal rate from the date each invoice became due;

b.    Post-judgment interest under 28 U.S.C. § 1961; and

c.    Reasonable attorney's fees and costs under Tex. Civ. Prac. & Rem. Code § 38.001(b)(8).

## VI. CONDITIONS PRECEDENT

27. All conditions precedent to Plaintiff's claims have been performed or have occurred.

## VII. PRAYER

4

WHEREFORE, Plaintiff Knust-Godwin LLC respectfully prays that Defendant U.S. Arms Company LLC be cited to appear and answer and that, upon final hearing, the Court enter judgment for Plaintiff for:

1.    Actual damages of $315,594.00;

2.    Pre- and post-judgment interest;

3.    Reasonable attorney's fees and costs of court; and

4.    All other relief, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

MONSHAUGEN & VAN HUFF, P.C.

/s/ Albert T. Van Huff
ALBERT T. VAN HUFF
S.D. Texas No. 26968
Texas Bar No. 24028183
ISABELLE D. VARLAN
S.D. Texas No. 3686227
Texas Bar No. 24107235
1225 North Loop West, Suite 640
Houston, Texas  77008
Tel. (713) 880-2992
Fax (713) 880-5297
al@vanhuff.com
ivarlan@vanhuff.com

ATTORNEYS FOR PLAINTIFF
KNUST-GODWIN LLC