## AFFIDAVIT OF ACCOUNT

STATE OF TEXAS          §
COUNTY OF HARRIS      §

BEFORE ME, the undersigned authority, on this day personally appeared Bo Jakobsen, who being by me duly sworn, deposed and stated as follows:

"1. My name is Bo Jakobsen. I am the Manager of Knust-Godwin LLC, the Plaintiff in this action. I am of sound mind, over eighteen years of age, have personal knowledge of the facts stated herein, and am competent to make this affidavit.

2. Defendant U.S. Arms Company, LLC, a Georgia limited liability company (Control No. 17014328) with its registered agent James Eric McMillan, located at 995 Greene Settlement Road, Gray, Georgia 31032, purchased goods from Knust-Godwin LLC on open account between March 27, 2025 and June 30, 2025, at its special instance and request.

3. Each sale consisted of goods, wares, and merchandise, including precision-machined tool components such as XO Alpha Body and XO Bravo Body parts, manufactured and shipped from Plaintiff's facility in Katy, Texas to Defendant in Georgia.

4. Attached hereto as Exhibit A is a true and correct copy of the aged receivables report and invoices that constitute the account. These records were made at or near the time of the transactions by persons with knowledge of the acts or events recorded and are kept in the regular course of Knust-Godwin's business.

5. After allowing all just and lawful offsets, payments, and credits, there remains due and unpaid a principal balance of $315,594.00 USD.

6. The account is just and true; each item was charged at the agreed price or, if no price was agreed, at a reasonable and customary value; the goods were delivered as ordered; and the entire sum remains unpaid, though due and payable on demand.

7. Demand for payment has been made, and Defendant has failed and refused to pay. Interest continues to accrue at the legal rate until the balance is satisfied.

Further affiant sayeth not."

Bo Jakobsen
Manager
Knust-Godwin LLC

**EXHIBIT**

A

SUBSCRIBED AND SWORN TO BEFORE ME this 21st day of October, 2025, by Bo Jakobsen, who is personally known to me.

[seal]      ALBERT T. VAN HUFF
ID #1936586
My Commission Expires
January 13, 2029

Notary Public, State of Texas

2

 **Knust-Godwin LLC**
Aged Receivables

10/17/2025    08:46 AM
Page    1

Customer 1200 All Currencies, As of 10/17/2025, Aged By Invoice Date, 11000-0000
Displayed in ** Native **, Current Exchange Rate

| Customer InvoiceID | Date | Current - 30 | Over 30 | Over 60 | Over 90 | Over 120 | Total |
|---|---|---|---|---|---|---|---|
| **1200 - U.S. ARMS COMPANY LLC** | | | | | | | |
| 129728 | 3/27/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 9,038.00 | **9,038.00** |
| 130151 | 5/13/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 23,520.00 | **23,520.00** |
| 130242 | 5/22/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 37,184.00 | **37,184.00** |
| 130292 | 5/27/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 18,592.00 | **18,592.00** |
| 130313 | 5/29/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 30,968.00 | **30,968.00** |
| 130337 | 5/31/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 15,936.00 | **15,936.00** |
| 130343 | 5/31/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 7,840.00 | **7,840.00** |
| 130351 | 5/31/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 6,640.00 | **6,640.00** |
| 130352 | 5/31/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 7,840.00 | **7,840.00** |
| 130363 | 6/4/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 6,640.00 | **6,640.00** |
| 130407 | 6/9/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 9,296.00 | **9,296.00** |
| 130439 | 6/10/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 15,680.00 | **15,680.00** |
| 130456 | 6/12/2025 | 0.00 | 0.00 | 0.00 | 0.00 | 22,736.00 | **22,736.00** |
| 130515 | 6/19/2025 | 0.00 | 0.00 | 0.00 | 13,280.00 | 0.00 | **13,280.00** |
| 130520 | 6/19/2025 | 0.00 | 0.00 | 0.00 | 6,640.00 | 0.00 | **6,640.00** |
| 130521 | 6/19/2025 | 0.00 | 0.00 | 0.00 | 7,840.00 | 0.00 | **7,840.00** |
| 130528 | 6/19/2025 | 0.00 | 0.00 | 0.00 | 9,296.00 | 0.00 | **9,296.00** |
| 130548 | 6/24/2025 | 0.00 | 0.00 | 0.00 | 15,680.00 | 0.00 | **15,680.00** |
| 130549 | 6/24/2025 | 0.00 | 0.00 | 0.00 | 12,948.00 | 0.00 | **12,948.00** |
| 130580 | 6/26/2025 | 0.00 | 0.00 | 0.00 | 19,992.00 | 0.00 | **19,992.00** |
| 130630 | 6/30/2025 | 0.00 | 0.00 | 0.00 | 6,640.00 | 0.00 | **6,640.00** |
| 130631 | 6/30/2025 | 0.00 | 0.00 | 0.00 | 11,368.00 | 0.00 | **11,368.00** |
| **Customer Total:** | | **0.00** | **0.00** | **0.00** | **103,684.00** | **211,910.00** | **315,594.00** |
| **Total (US$):** | | **0.00** | **0.00** | **0.00** | **103,684.00** | **211,910.00** | **315,594.00** |

 **KNUST-GODWIN**
Katy, Texas, USA

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|---|---|
| 129728 | 03-27-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 133124 |
|---|---|

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 03-27-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 03-27-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Order | Quantity B/O | Ship | Part Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| 1 | 0 | 1 | XOALPHABODY PO Line #7 | XO ALPHA BODY Rev: | $9,038.00 | $9,038.00 |
| | | | | 1st Plate Additional SqFt for .22 Supp | | |

**TOTAL AMOUNT DUE**     USD     $9,038.00
=============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO** | **KNUST-GODWIN**
Katy, Texas, USA

| Invoice # | Date |
|---|---|
| 130151 | 05-13-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 133552 |
|---|---|

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 05-13-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 05-09-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | Part Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | | | | |
| 500 | 83 | 60 | XOBRAVOBODY PO Line #4 | XO BRAVO BODY Rev: | $392.00 | $23,520.00 |
| | | | | XO Bravo - Body | | |

**TOTAL AMOUNT DUE**        USD        **$23,520.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO** | **KNUST-GODWIN**
Katy, Texas, USA

| Invoice # | Date |
|---|---|
| 130242 | 05-22-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 133646 |
|---|---|

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 05-22-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 05-20-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 69 | 112 | XOALPHABODY PO Line #1 | XO ALPHA BODY Rev: <br><br>XO Alpha Body | $332.00 | $37,184.00 |

**TOTAL AMOUNT DUE**      USD     **$37,184.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO | KNUST-GODWIN**
Katy, Texas, USA

| Invoice # | Date |
|---|---|
| 130292 | 05-27-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 133698 |
|---|---|

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 05-27-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 05-23-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 69 | 56 | XOALPHABODY PO Line #1 | XO ALPHA BODY Rev:<br><br>XO Alpha Body | $332.00 | $18,592.00 |

**TOTAL AMOUNT DUE**　　　　　　　　　USD　　　$18,592.00
　　　　　　　　　　　　　　　　　　　　　　　　　============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.

 **KNUST-GODWIN**
Katy, Texas, USA

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|-----------|------|
| 130313 | 05-29-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 133719 |

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 05-29-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 05-27-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 83 | 79 | XOBRAVOBODY PO Line #4 | XO BRAVO BODY Rev: <br><br> XO Bravo - Body | $392.00 | $30,968.00 |

**TOTAL AMOUNT DUE**              USD        **$30,968.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.

 **SBO** | **KNUST-GODWIN**
Katy, Texas, USA

**Invoice #** | **Date**
130337 | 05-31-2025
REFER TO INVOICE NUMBER WHEN REMITTING
**Packlist #** | 133743

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 05-31-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 05-29-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 69 | 48 | XOALPHABODY<br>PO Line #1 | XO ALPHA BODY<br>Rev:<br><br>XO Alpha Body | $332.00 | $15,936.00 |

**TOTAL AMOUNT DUE**              USD          **$15,936.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.

 **KNUST-GODWIN**
Katy, Texas, USA

| Invoice # | Date |
|---|---|
| 130343 | 05-31-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | |
|---|---|
| | 133749 |

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 05-31-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 05-29-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | Part Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | | | | |
| 500 | 83 | 20 | XOBRAVOBODY PO Line #4 | XO BRAVO BODY Rev: | $392.00 | $7,840.00 |
| | | | | XO Bravo - Body | | |

**TOTAL AMOUNT DUE**  USD  $7,840.00
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO | KNUST-GODWIN**
Katy, Texas, USA

| Invoice # | Date |
|---|---|
| 130351 | 05-31-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 133758 |
|---|---|

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 05-31-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 05-30-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 69 | 20 | XOALPHABODY PO Line #1 | XO ALPHA BODY Rev: <br><br> XO Alpha Body | $332.00 | $6,640.00 |

**TOTAL AMOUNT DUE**       USD     **$6,640.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO** | KNUST-GODWIN
Katy, Texas, USA

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|---|---|
| 130352 | 05-31-2025 |
| REFER TO INVOICE NUMBER WHEN REMITTING | |
| Packlist # | 133759 |

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 05-31-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 05-30-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 83 | 20 | XOBRAVOBODY PO Line #4 | XO BRAVO BODY Rev: | $392.00 | $7,840.00 |
| | | | | XO Bravo - Body | | |

**TOTAL AMOUNT DUE**          USD          $7,840.00
                                                    ============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**KNUST-GODWIN**
Katy, Texas, USA

REMITTANCE ADDRESS
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|---|---|
| 130363 | 06-04-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 133772 |
|---|---|

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-04-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 06-02-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 69 | 20 | XOALPHABODY PO Line #1 | XO ALPHA BODY Rev: <br><br> XO Alpha Body | $332.00 | $6,640.00 |

**TOTAL AMOUNT DUE**                           USD         $6,640.00
                                                           ============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO** | **KNUST-GODWIN**
Katy, Texas, USA

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|-----------|------|
| 130407 | 06-09-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 133817 |
|------------|--------|

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-09-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 06-04-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 69 | 28 | XOALPHABODY PO Line #1 | XO ALPHA BODY Rev: <br><br> XO Alpha Body | $332.00 | $9,296.00 |

**TOTAL AMOUNT DUE**                   USD          $9,296.00
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO** | **KNUST-GODWIN**
Katy, Texas, USA

REMITTANCE ADDRESS
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|---|---|
| 130439 | 06-10-2025 |
| REFER TO INVOICE NUMBER WHEN REMITTING | |
| Packlist # | 133852 |

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE | |
|---|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-10-2025 | |
| **SALES REP** | **DATE SHIPPED** | **VIA** | **INCOTERMS** | **Buyer** | |
| Mike C | 06-09-2025 | ROAD | SHIPPING POINT | Eric | |

## Invoice Detail

| Quantity | | | Part Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | | | | |
| 500 | 83 | 40 | XOBRAVOBODY PO Line #4 | XO BRAVO BODY Rev: XO Bravo - Body | $392.00 | $15,680.00 |

**TOTAL AMOUNT DUE**              USD        **$15,680.00**
                                              ============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO** | **KNUST-GODWIN**
Katy, Texas, USA

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|---|---|
| 130456 | 06-12-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | |
|---|---|
| | 133874 |

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-12-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 06-11-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| | Quantity | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 83 | 58 | XOBRAVOBODY PO Line #4 | XO BRAVO BODY Rev:  XO Bravo - Body | $392.00 | $22,736.00 |

**TOTAL AMOUNT DUE**      USD    $22,736.00
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO** | **KNUST-GODWIN**
Katy, Texas, USA

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|---|---|
| 130515 | 06-19-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | |
|---|---|
| | 133925 |

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-19-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 06-17-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
|---|---|---|---|---|---|---|
| | Quantity | | | | | |
| 500 | 69 | 40 | XOALPHABODY PO Line #1 | XO ALPHA BODY Rev: <br><br> XO Alpha Body | $332.00 | $13,280.00 |

**TOTAL AMOUNT DUE**                                USD          **$13,280.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.

 **KNUST-GODWIN**
Katy, Texas, USA

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|---|---|
| 130520 | 06-19-2025 |
| REFER TO INVOICE NUMBER WHEN REMITTING | |
| Packlist # | 133934 |

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-19-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 06-18-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| | Quantity | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 69 | 20 | XOALPHABODY PO Line #1 | XO ALPHA BODY Rev:  XO Alpha Body | $332.00 | $6,640.00 |

**TOTAL AMOUNT DUE**              USD        $6,640.00
=============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO | KNUST-GODWIN**
Katy, Texas, USA

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|---|---|
| 130521 | 06-19-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | |
|---|---|
| | 133935 |

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE | |
|---|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-19-2025 | |
| SALES REP | | DATE SHIPPED | VIA | INCOTERMS | Buyer |
| Mike C | | 06-18-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 83 | 20 | XOBRAVOBODY PO Line #4 | XO BRAVO BODY Rev: <br><br> XO Bravo - Body | $392.00 | $7,840.00 |

**TOTAL AMOUNT DUE**            USD      **$7,840.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.

 **KNUST-GODWIN**
Katy, Texas, USA

| Invoice # | Date |
|---|---|
| 130528 | 06-19-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | |
|---|---|
| | 133944 |

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-19-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 06-18-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 69 | 28 | XOALPHABODY PO Line #1 | XO ALPHA BODY Rev: <br><br> XO Alpha Body | $332.00 | $9,296.00 |

**TOTAL AMOUNT DUE**                          USD          **$9,296.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.

 **SBO | KNUST-GODWIN**
Katy, Texas, USA

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

| Invoice # | Date |
|---|---|
| 130548 | 06-24-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | |
|---|---|
| | 133963 |

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE | |
|---|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-24-2025 | |
| SALES REP | | DATE SHIPPED | VIA | INCOTERMS | Buyer |
| Mike C | | 06-19-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 83 | 40 | XOBRAVOBODY PO Line #4 | XO BRAVO BODY Rev: | $392.00 | $15,680.00 |
| | | | | XO Bravo - Body | | |

**TOTAL AMOUNT DUE**      USD    **$15,680.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.

 **KNUST-GODWIN**
Katy, Texas, USA

| Invoice # | Date |
|---|---|
| 130549 | 06-24-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 133964 |
|---|---|

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

## *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-24-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 06-19-2025 | ROAD | SHIPPING POINT | Eric |

### Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 69 | 39 | XOALPHABODY PO Line #1 | XO ALPHA BODY Rev:<br><br>XO Alpha Body | $332.00 | $12,948.00 |

**TOTAL AMOUNT DUE**                USD        **$12,948.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS.  RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO | KNUST-GODWIN**
Katy, Texas, USA

| Invoice # | Date |
|---|---|
| 130580 | 06-26-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 134000 |
|---|---|

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-26-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 06-25-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 83 | 51 | XOBRAVOBODY PO Line #4 | XO BRAVO BODY Rev: XO Bravo - Body | $392.00 | $19,992.00 |

**TOTAL AMOUNT DUE**                     USD        **$19,992.00**
                                                    ============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS.  RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.

 **KNUST-GODWIN**
Katy, Texas, USA

| Invoice # | Date |
|---|---|
| 130630 | 06-30-2025 |
| REFER TO INVOICE NUMBER WHEN REMITTING | |
| Packlist # | 134042 |

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE | |
|---|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-30-2025 | |
| SALES REP | DATE SHIPPED | VIA | INCOTERMS | | Buyer |
| Mike C | 06-27-2025 | ROAD | SHIPPING POINT | | Eric |

## Invoice Detail

| Quantity | | | | | | |
|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 69 | 20 | XOALPHABODY PO Line #1 | XO ALPHA BODY Rev:<br><br>XO Alpha Body | $332.00 | $6,640.00 |

**TOTAL AMOUNT DUE**            USD            $6,640.00
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.



**SBO** | **KNUST-GODWIN**
Katy, Texas, USA

| Invoice # | Date |
|---|---|
| 130631 | 06-30-2025 |

REFER TO INVOICE NUMBER WHEN REMITTING

| Packlist # | 134043 |
|---|---|

**REMITTANCE ADDRESS**
KNUST-GODWIN, LLC
P.O. BOX 676682 * DALLAS, TEXAS 75267-6682
TEL: (713) 785-1060

# *INVOICE*

**Sold To :**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

**Ship To:**
U.S. ARMS COMPANY LLC
995 Greene Settlement Rd
Gray, GA 31032
US - UNITED STATES

| SALES ORDER | CUSTOMER NO. | CUSTOMER ORDER NUMBER | TERMS | INVOICE DUE DATE |
|---|---|---|---|---|
| 666569 | 1200 | 1020 | Due on Receipt,Freig | 06-30-2025 |

| SALES REP | DATE SHIPPED | VIA | INCOTERMS | Buyer |
|---|---|---|---|---|
| Mike C | 06-27-2025 | ROAD | SHIPPING POINT | Eric |

## Invoice Detail

| Quantity | | | | | | | |
|---|---|---|---|---|---|---|---|
| Order | B/O | Ship | Part Number | Description | Unit Price | Ext Price |
| 500 | 83 | 29 | XOBRAVOBODY PO Line #4 | XO BRAVO BODY Rev: XO Bravo - Body | $392.00 | $11,368.00 |

**TOTAL AMOUNT DUE**                    USD        **$11,368.00**
============

ALL INVOICES DUE AND PAYABLE IN KATY, WALLER COUNTY, TEXAS. RETURNS REQUIRE OUR PRIOR AUTHORIZATION.
A FINANCE CHARGE AT THE MAXIMUM LEGAL ALLOWABLE RATE WILL BE ADDED IF THIS INVOICE IS NOT PAID WITHIN 30 DAYS.
Seller represents that with respect to the production of the articles and/or the services covered by this invoice,
it has fully complied with the provisions of the Fair Labor Standards Act of 1938, as amended.